31269.   CLAYTON v. STEVE-CATHEY, INC.

JORDAN, Judge.   This case being controlled by *Clayton v. Steve-Cathey, Inc.,* ante, the judgment of the trial court granting a summary judgment in favor of the defendant is

*Reversed. Nichols, P. J., and Frankum, J., concur.*

DECIDED FEBRUARY 27, 1962—REHEARING DENIED MARCH 19, 1962.

*Abraham J. Walcoff,* for plaintiff in error.

*Gambrell, Harlan, Russell, Moye & Richardson, Edward W. Killorin, James C. Hill,* contra.